

Amy H. Rubin
Federal Defenders of Eastern Washington and Idaho
10 North Post Street, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Attorney for Trever Harder

United States Magistrate Court
Eastern District of Washington
Honorable John T. Rodgers

| United States of America, | No. 2:21-CR-0165-TOR |
|---|---|
| Plaintiff, | Motion to Revisit Issue of Detention |
| v. | |
| Trever Harder, | Without Oral Argument |
| Defendant. | February 15, 2022 @ 6:30 p.m. |

Motion to Revisit Issue of Detention

Trever Harder, by and through counsel, Amy H. Rubin for the Federal Defenders of Eastern Washington and Idaho, respectfully requests that the Court revisit the issue of detention due to changed circumstances.

## Case History

On July 7, 2021, Mr. Harder was indicted on one count of Conspiracy to Commit Child Sex Trafficking, in violation of 18 U.S.C. § 1594(c), one count Child Sex Trafficking, in violation of 18 U.S.C. § 1591(a)(1),(b)(1), and one count Benefiting from Child Sex Trafficking in violation of 18 U.S.C. §§ 1591(a)(2), (b)(1), 1594(a). Mr. Harder has since remained in custody at the Spokane County Jail.

## Request for Bail Hearing and Supplemental Pretrial Services Report

At the arraignment on December 14, 2021, Mr. Harder waived his right to a bail hearing reserving the right to revisit the issue if circumstances in this matter changed. He was detained at that time.

The defense has conferred with AUSA David M. Herzog and understands that the government will maintain its opposition to release. However, the government has informed the undersigned that it does not oppose this motion to revisit the issue of detention.

US Probation Officer Patrick J. Dennis completed and filed a pretrial services report on December 14, 2021, that recommended Mr. Harder remain in detention pending trial.

## CONCLUSION

Based on the foregoing, Mr. Harder respectfully requests that the Court schedule a bail hearing. Mr. Harder understands the Court may have availability this Thursday, February 17, 2022 at 3:00 p.m.

Dated: February 14, 2022

Federal Defenders of Eastern Washington & Idaho

/s/ Amy H. Rubin
Amy H. Rubin, GA Bar No. 618349
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Amy_Rubin@fd.org

**Service Certificate**

I certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney David M. Herzog.

/s/ Amy H. Rubin
Amy H. Rubin, GA Bar No. 618349
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Amy_Rubin@fd.org
